# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

COURT J

CR 24-068

Petty ☐   Misdemeanor ☐   Felony ✓   USAO No.: _____   Case No.: CR 24-068

Charging Document: **Indictment**   No. of Defendants: 1   Total No. of Counts: 3   Sealed: Y ☐   N ✓

Forfeiture: Y ✓   OCDETF: Y ☐   McGirt: Y ☐   Warrant ✓   Summons ☐   Notice ☐
N ☐   N ✓   N ✓   Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: **cz**

FEB 20 2024

| | |
|---|---|
| Name: **Brian Gene Two-Babies** | |
| Alias(es): Christopher Gene Anderson | Address: |
| | FBI No.: |
| DOB: XX/XX/1985   SSN: XXX-XX-1101 | Race: American Indian   Interpreter: Y ☐   N ✓ |
| Sex: M ✓   F ☐   Juvenile: Y ☐   N ✓ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| | |
|---|---|
| ☐ Not in Custody   ✓ Detention Requested | Complaint: Y ☐   N ✓ |
| ☐ Type of Bond: _____ | Magistrate Judge Case No.: MJ- |
| ✓ In Custody at: Oklahoma County | Previously Detained: Y ☐   N ✓ |
| Inmate/Prisoner/Register No.: _____ | |

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ☐ Public Defender | Name: _____ | AUSA: Stan J. West |
| ☐ CJA Panel | Address: _____ | Agent /Agency: ATF |
| ☐ Retained | Phone: _____ | Local Officer/Agency: _____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2119(1) | Carjacking | 18 U.S.C. § 2119(1)-NMT 15 years imprisonment, $250,000 or both; NMT 5 years S/R; $100 S/A |
| 2 | 18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 924(c)(1)(A)(ii)<br>18 U.S.C. § 924(c)(1)(A)(iii) | Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence | 18 U.S.C. § 924(c)(1)(A)(i)-(iii)- NLT 10 years imprisonment; NMT Life; to be run consecutive to any other period of imprisonment imposed; $250,000 fine, or both; NMT 5 years S/R; $100 S/A |
| 3 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 18 U.S.C. § 924(a)(8) - NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | Forfeiture of property or items. |

**RECEIVED**

Signature of AUSA: /s/ Stan J. West   Date: 02/20/2024

FEB 20 2024

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

3/21